**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVONNE POWELL, et al.,<br>Plaintiffs,<br>vs.<br>GENERAL MOTORS LLC,<br>Defendants. | Case No.: 2:25-cv-8163-SK<br><br>**ORDER FOR PLAINTIFFS TO PERSONALLY SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**<br><br>Judge: Steve Kim<br>Date: September 9, 2025<br>Time: 9:00 AM<br>Crtrm: 540 of Roybal Courthouse<br>255 East Temple St, LA 90012 |

Counsel of record for Plaintiffs YVONNE POWELL and SHERRI FREITAS have moved for leave of Court to withdraw as Plaintiffs' counsel in this case because Plaintiffs have evidently stopped communicating with counsel. If that is true, it places in significant doubt whether Plaintiffs intend to, or even can, prosecute this action—with or without counsel.

Plaintiffs YVONNE POWELL and SHERRI FREITAS are thus ORDERED TO APPEAR IN PERSON at **9:00 AM** on **September 9, 2026** in **Courtroom 540** of the Roybal Federal Building and United States Courthouse located at 255 East Temple Street in Los Angeles, California 90012. The purpose of that appearance is to SHOW CAUSE why this action should not be dismissed for lack of prosecution. Counsel of record for Defendant General Motors is also ordered to appear for the show-cause hearing.

Plaintiffs can discharge this show-cause order—and be excused from personal appearance on September 9, 2026—either by (1) sending new retained counsel to appear at the September 9 hearing, or by (2) filing with the court no later than September 8, 2026 a notice or stipulation of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Otherwise, Plaintiffs must appear in person and be prepared to explain whether—and how—they intend to prosecute this action without retained counsel, or to explain the status of any search for retained counsel if Plaintiffs wish to continue prosecuting this action with retained counsel.

Meanwhile, Plaintiffs' counsel of record is instructed to serve a copy of this order on Plaintiffs by registered/certified mail with confirmed return receipt and by email with a tracking service confirming successful transmission (and if possible) read-receipt verification. Counsel must also call Plaintiffs to inform them of this order. Afterward, counsel must file a proof of service by these means, so that everyone can be reasonably assured in concluding that Plaintiffs were given actual or constructive notice of this order and the requirement to appear as ordered.

**Plaintiffs are warned that if they fail to comply with this order, or to otherwise appear as ordered, this action may be involuntarily dismissed—with or without prejudice—for failure to prosecute and obey court orders.** *See* Fed. R. Civ. P. 41(b); Local Rule 41-1.

IT IS SO ORDERED.

Dated: August 19, 2026

HON. STEVE KIM
United States Magistrate Judge